**Order filed July 22, 2021**



## In The

# Eleventh Court of Appeals

_____

## No. 11-20-00225-CR

_____

### ROCKY DEE HIDROGO, JR., Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the 220th District Court**
**Comanche County, Texas**
**Trial Court Cause No. CR03104**

### O R D E R

After a careful review of the record, Appellant, Rocky Dee Hidrogo, Jr.'s appointed counsel, E. Alan Bennett, determined that this appeal presents no issues of arguable merit. Mr. Bennett filed a brief pursuant to *Anders v. California*, 385 U.S. 738, 744 (1967), and a motion to withdraw. We grant the motion.

PER CURIAM

July 22, 2021

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.